William Roussin, Appellant, v. Ralph Kirkbride, Appellee.

opinion filed October 28, 1940; rehearing denied February 20, 1941.   Mason & Flynn and Philip G. Listeman, for appellant; Whitnel, Browning, Listeman & Walker, of counsel; Warnock, Williamson & Burroughs and Gillespie, Burke & Gillespie, for appellee; M. L. Burroughs, William G. Horsley and Louis F. Gillespie, of counsel. Opinion by JUSTICE CULBERTSON.   "Not to be published in full."